UNITED STATES COURT OF APPEALS
SECOND CIRCUIT
---------------------------------------------------------------------------X

UNITED STATES OF AMERICA,　　　　　　　　　　　　Docket No. 17-2321

　　　　　　　　　Appellee,　　　　　　　　　　　　**DECLARATION**
　　　　　　　　　　　　　　　　　　　　　　　　　**IN SUPPORT**

　　　　-- against --

WILLIAM COSME,

　　　　　　　　　Defendant-Appellant.

---------------------------------------------------------------------------X

　　　　**JONATHAN I. EDELSTEIN**, an attorney admitted to practice in the courts of the State of New York and in this Court, declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct to the extent of his knowledge:

　　　　1.　　I am the attorney for the defendant-appellant in the above-captioned action and as such am fully familiar with the facts and circumstances thereof.  I make this Declaration in support of the instant motion for an Order (a) granting leave to the undersigned to withdraw as counsel for the defendant-appellant; and (b) appointing new CJA counsel to represent the defendant.  The sources for the allegations of fact made herein include review of the case file and review of other pertinent documents.

　　　　2.　　Defendant William Cosme was convicted in the United States District Court for the Southern District of New York (Hon. Loretta Preska, J.) of one count of wire fraud and one count of aggravated identity theft and sentenced to 111 months in prison.  He appeals that conviction and sentence as well as issues relating to asset forfeiture.

　　　　3.　　By order dated August 7, 2017, I was appointed as CJA counsel for Mr. Cosme.

1

4. I obtained and reviewed the record and have had numerous lengthy conversations with Mr. Cosme regarding the case and the issues on appeal.

5. As a result of these conversations, whose substance I cannot reveal due to the attorney-client privilege, it has become apparent that there are irreconcilable differences between Mr. Cosme and myself concerning how to litigate the appeal and what issues should be raised, and it has also become apparent that I have lost Mr. Cosme's trust.

6. As a result, I do not believe that I can represent Mr. Cosme effectively on appeal.

7. After a telephone discussion with Mr. Cosme this afternoon, it was mutually agreed that I would move to withdraw as counsel and for new counsel to be appointed.

8. In nine years as a member of the CJA panel, this is the first time I have ever moved for relief as counsel due to irreconcilable differences. This is not something I do lightly. However, it appears that trust has so far broken down between me and Mr. Cosme as to necessitate the appointment of other counsel if he is to have full and fair representation.

9. Counsel for the Government has advised that the Government takes no position on this motion.

10. A copy of this motion has been served on defendant by first-class mail and a certificate of service is annexed hereto.

.. **WHEREFORE**, in light of the foregoing, this Court should issue an Order granting the instant motion in its entirety, relieving the undersigned as counsel, appointing new counsel to represent the defendant-appellant, and granting such other and further relief as it may deem just and proper.

Dated: New York, NY
November 30, 2017

/s/ Jonathan I. Edelstein____
JONATHAN I. EDELSTEIN